**Dismissed; Opinion Filed October 21, 2019.**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00743-CR

**JESSICA ROXANA PEREZ, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F17-76808-J**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Reichek, and Carlyle
Opinion by Justice Carlyle

Before the Court is appellant's October 16, 2019 motion to dismiss this appeal. The motion

is signed by appellant and her appellate counsel. *See* TEX. R. APP. P. 42.2(a). We grant the motion

and dismiss this appeal.


/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
190743F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JESSICA ROXANA PEREZ, Appellant

No. 05-19-00743-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 3, Dallas County, Texas
Trial Court Cause No. F17-76808-J.
Opinion delivered by Justice Carlyle,
Justices Pedersen, III and Reichek
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 21st day of October, 2019.